COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| MERCEDES CARDONA, | | No. 08-11-00060-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 5 |
| | § | |
| | | of El Paso County, Texas |
| HARTS HOMESTEAD, | § | |
| | | (TC# 2010-J00112) |
| Appellee. | § | |

**<u>MEMORANDUM OPINION</u>**

This appeal is before the Court on its own motion to determine whether it should be dismissed. Because Appellant has not filed a brief, we dismiss the appeal for want of prosecution.

On May 31, 2011, the Clerk of this Court notified Appellant that her brief was past due and that no motion for extension of time had been received. The Clerk also informed the parties of the Court's intent to dismiss the appeal for want of prosecution unless, within ten days of the notice, a party responded showing grounds to continue the appeal. To this date, no one has responded to the Clerk's letter.

This Court has the authority to dismiss an appeal for want of prosecution when the appellants fail to file a brief in the time prescribed and give no reasonable explanation for the failure to do so. TEX.R.APP.P. 38.8(a)(1); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex.App.--San Antonio 1998, no pet.). Accordingly, we dismiss the appeal for want of

prosecution.


July 13, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.